## Tube City Taxi and Transfer Company, Inc. Case.

Argued September 28, 1944. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON and STEARNE, JJ.

*David I. McAlister,* with him *McAlister & Zelt* and
*D. C. Jennings,* for appellant, Tube City Taxi and Trans-
fer Company, Inc.

*Sylvan Libson,* for appellee.

PER CURIAM, November 27, 1944:

This appeal is from the dismissal of the petition of
Tube City Taxi and Transfer Company, a corporation,
asking the court to set aside an order of the Labor Re-
lations Board directing petitioner to desist from certain
violations of Section 6, clauses (a), (d) and (e) of the
Labor Relations Act: Act of June 1, 1937, P. L. 1168,
43 PS section 211.6. The assignments of error are to
the order, and to the overruling of three conclusions of
law. They follow from the findings of fact, which we
take to be unchallenged, because not assigned for error.

Briefly stated, it would appear that Raymond Pat-
terson conducted a taxicab business in McKeesport in
and prior to 1939; that when the time arrived to renew
this contract with the Union, differences arose which
could not be composed. He thereupon organized the ap-
pellant corporation, transferred to it his taxicab busi-
ness in exchange for shares of stock, sold a minority of
the shares to certain former employees and thereafter
refused to bargain with the Union. The Board took tes-
timony and made findings of fact and conclusions of
law and, after making corrections pursuant to hearing
on exceptions, made the order subsequently reviewed by
the learned court below and now before this court. The
case is determined by the basic findings of fact: in sub-
stance, it was found that as part of the effort to defeat
the dissenting employees, the corporation was organized
and the business transferred to it in circumstances which

continued Mr. Patterson in control, actively directing the business and continuing the hostility to the Union which the Board found he had continuously manifested in violation of the act. As appellant does not now com-plain of the findings of fact, the only question is whether the order was within the statute. There is no doubt of that.

Order affirmed; costs to be paid by appellant.